**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WESLEY ELISHA GRISSOM**                                                **PETITIONER**
**ADC #110265**

**VS.**               **CASE NO.: 5:10CV00050 SWW/BD**

**RAY HOBBS,**                                                                    **RESPONDENT**
**Director of the
Arkansas Department of Correction**

## **ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner Wesley Elisha Grissom's Petition for Writ of Habeas Corpus (docket entry #2) is DISMISSED with prejudice.

When entering a final order adverse to Petitioner, the Court must issue or deny a certificate of appealability. See Rule 11 of the Rules Governing Section 2254 Cases in the United States District Court. A certificate of appealability may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Petitioner has not provided the basis for issuance of a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 6th day of October, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE