# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WESLEY ELISHA GRISSOM**                                                       **PETITIONER**
**ADC #110265**

**VS.**                    **CASE NO.: 5:10CV00050 SWW/BD**

**RAY HOBBS, Director**
**Arkansas Department of Correction**                                           **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 6th day of October, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE